# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

| | |
|---|---|
| **ROLF HAZLEHURST,** | ) |
| Plaintiff, | ) |
| v. | ) |
| **CENTERS FOR DISEASE CONTROL,** | ) Case No. 1:17-cv-02095-STA-egb |
| Defendant. | ) |

___

## ORDER DENYING MOTION FOR HEARING AS MOOT
___

Before the Court is Plaintiff's motion for an expedited scheduling conference. (ECF No. 19.) Defendant opposes the motion and filed its answer on April 17, 2017. (ECF No. 20). Accordingly, the Court will set a scheduling conference as expeditiously as possible, and the motion is **DENIED** as moot.

**IT IS SO ORDERED.**

s/ S. Thomas Anderson
S. THOMAS ANDERSON
CHIEF UNITED STATES DISTRICT JUDGE

Date: April 18, 2017