UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

ROLF HAZLEHURST,

    Plaintiff,

v.

CENTERS FOR DISEASE CONTROL,

    Defendant.

Civil No. 1:17-cv-02095-STA-egb

MOTION TO CONTINUE THE SCHEDULING CONFERENCE AND CERTIFICATE OF CONSULTATION

    Defendant moves the Court to continue the scheduling conference currently set for April 25, 2017 at 10:15 a.m. In support of the motion, counsel for the Defendant states that he will be in Knoxville, Tennessee for depositions on April 25 and April 26, 2017. Counsel for Defendant also has a deposition scheduled for the morning of April 27, 2017, and a hearing before Magistrate Judge Claxton on the afternoon of April 27, 2017.

    In attempting to comply with Local Rule 7.2(a)(1)(B), counsel for Defendant, James Matthew Waldrop, e-mailed Plaintiff's counsel, W. Bryan Smith, on April 18, 2017 to explain his conflicts and to discuss potential alternative dates for the scheduling conference. Counsel for the Defendant sent a follow-up email on the morning of April 20, 2017, and called Mr. Smith's office twice on April 20, 2017. Mr. Waldrop left voice mail messages for both Mr. Smith and his litigation paralegal again explaining his conflicts and asking for mutually agreeable dates to present to the Court. Counsel for the Defendant sent a second e-mail to Mr. Smith and his litigation paralegal on April 20, 2017 asking Mr. Smith to contact him on his cell phone to discuss alternative dates and advising that he would be filing this motion.

Accordingly, Defendant requests that this matter be reset to a mutually agreeable date for the litigants and the Court. Defendant's counsel is available April 24 and 28, 2017, and May 1-4, 2017.

        Respectfully submitted,

        LAWRENCE J. LAURENZI
        Acting United States Attorney


        /s/ James M. Waldrop
        James M. Waldrop (GA#349571)
        Assistant United States Attorney
        167 North Main Street, Suite 800
        Memphis, Tennessee 38103
        (901) 544-4231
        james.waldrop@usdoj.gov

## CERTIFICATE OF CONSULTATION

    I hereby certify that I have attempted to contact W. Bryan Smith by e-mail and phone regarding the relief requested in the above-styled motion but have been unable to reach Mr. Smith.

                                               s/James M. Waldrop

## CERTIFICATE OF SERVICE

    I hereby certify that I have served a copy of the foregoing motion via the Court's ECF system on April 21, 2017.

                                               s/James M. Waldrop