UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

---

| | |
|---|---|
| **ROLF HAZLEHURST,** | **JUDGMENT IN A CIVIL CASE** |
| Plaintiff, | |
| vs. | |
| **CENTERS FOR DISEASE CONTROL,** | **CASE NO: 17-2095-STA-egb** |
| Defendant. | |

---

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Order Granting Defendant's Motion For Summary Judgment, Denying Plaintiff's Cross-Motion For Summary Judgment, and Denying Plaintiff's Motion To Supplement the Record entered on July 18, 2017, the Defendant CDC's motion for summary judgment is GRANTED, and Plaintiff's cross motion for summary judgment is DENIED.

APPROVED:

s/ S. Thomas Anderson
**CHIEF JUDGE UNITED STATES DISTRICT COURT**

**DATE: 7/19/2017**

THOMAS M. GOULD
Clerk of Court

s/Maurice B. BRYSON

(By)  Deputy Clerk